McLean against the Bronx Parkway Commission. E. S. Clinch, of New York City, for appellant. T. F. Stevens, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

McLEAN, Respondent, v. STUDEBAKER BROS. CO. OF NEW YORK, Appellant. (No. 7056.) (Supreme Court, Appellate Division, First Department. April 23, 1915.) Appeal from Trial Term, New York County. Action by William McLean against the Studebaker Bros. Company of New York. From a judgment for plaintiff, and from an order denying a new trial, defendant appeals. Affirmed. Clayton J. Heermance, of New York City, for appellant. William F. Purdy, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, P. J. (dissenting). The plaintiff was not in the employ of the defendant, but in the employ of one who was working for the defendant under an independent contract. In the course of this work he fell off a ladder not furnished by the defendant. The defendant gave no directions as to how the work should be done, and, so far as appears, had no knowledge that the plaintiff was about to work at this particular fan light or window at the time of the accident. Unless it was the duty of the defendant to keep this fan bolted at all times, I do not see how it would be negligence to have it unbolted at the time the plaintiff selected for cleaning it. I think there is not the slightest proof that the defendant was negligent, or that the accident resulted from any lack of care of the defendant or its employés. I think, therefore, the judgment should be reversed, and the complaint dismissed.

HOTCHKISS, J., concurs.

McNAMEE v. CHENOWETH et al. (two cases.) (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Mary J. McNamee as executrix, etc., against Catherine R. Chenoweth and others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellants comply with terms stated in order. Orders filed.

McNEILLY, Respondent, v. CHAMPLIN, Appellant. (Supreme Court, Appellate Division, Second Department. April 16, 1915.) Action by William T. McNeilly against Jane Q. Champlin. No opinion. Order of the County Court of Westchester County reversed, with $10 costs and disbursements, and the motion to strike out and disallow the item of $15 granted, with $10 costs, upon the ground that the amended answer rendered nugatory the notice of trial.

In re MAHAR. (Supreme Court, Appellate Division, Second Department. March 26, 1915.) In the matter of the accounting by Franklin W. Mahar, substituted trustee, etc., of Susannah A. Dickie, deceased.

PER CURIAM. Assuming the regularity of the order appealed from, we think the circum-

stances shown in the moving papers did not justify the relief granted to respondent. The trustee is under a large bond, and the duties of the trust terminate necessarily on July 5, 1915. Proceedings to settle his account as trustee should not be multiplied at the expense of the estate. The order is therefore reversed, with $10 costs and disbursements, and respondent's motion is denied, without prejudice to any proceedings that may be instituted either by the trustee or by any of the beneficiaries on the termination of the trust on July 5, 1915.

In re MANHATTAN RY. CO. (Supreme Court, Appellate Division, First Department. April 1, 1915.) In the matter of the Manhattan Railway Company. No opinion. Application granted. Settle order on notice. See, also, 163 App. Div. 895, 147 N. Y. Supp. 1125.

MANION, Respondent, v. RICHELSON, Appellant. (Supreme Court, Appellate Division, Third Department. March 18, 1915.) Action by Antoine Manion, as administrator, etc., against Henry C. Richelson. No opinion. Judgment and order unanimously affirmed, with costs.

MARIANI, Appellant, v. NEW YORK TELEPHONE CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by Enidena Mariani, as administratrix, etc., against the New York Telephone Company. No opinion. Motion for leave to appeal (151 N. Y. Supp. 1128) to the Court of Appeals denied, with $10 costs.

MARTIN, Respondent, v. NEW TRINIDAD LAKE ASPHALT CO., Appellant. (Supreme Court, Appellate Division, First Department. March 12, 1915.) Action by William D. Martin against the New Trinidad Lake Asphalt Company. L. L. Kellogg, of New York City, for appellant. H. B. Johnson, of New York City, for respondent. No opinion. Judgment and orders affirmed, with costs. Order filed.

MARTIN, Respondent, v. SMITH BROS. PLUMBING CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 9, 1915.) Action by Sarah Martin against the Smith Bros. Plumbing Company. No opinion. Motion to dismiss appeal denied, on condition that appellant perfect its appeal, place the case on the May calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

MARTINI v. BELL. (Supreme Court, Appellate Division, Third Department. May 7, 1915.) Action by Caroline Martini against Joseph Bell. No opinion. Motion granted, unless within 40 days the appellant serves printed papers and pays $10 costs of motion; if such be done, motion is denied, without costs.